IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and ANNETTE )
B. KELLY, )
                                )
    Plaintiffs, )
                                )      CIVIL ACTION NO.
    v. )      2:25cv909-MHT
                                )         (WO)
THE WATER WORKS & SANITARY )
SEWER BOARD OF THE CITY OF )
MONTGOMERY d/b/a Water )
Work Board (WWB), et al., )
                                )
    Defendants. )

## OPINION

Plaintiffs Gregory Kelly and Annette Kelly, proceeding pro se, filed this 67-page, 58-count lawsuit attempting to assert a wide variety of claims related to water quality and water-usage rates against several state agencies, a city water board and its chairman and manager, a county commission, a mayor's office, and a corporation that provides water metering. Gregory Kelly has been declared a vexatious litigant by this court due to his repeated filing of shotgun and frivolous complaints; as a result, the chief judge of

this court has ordered that any shotgun or facially frivolous complaints filed by him and any person acting in concert with him are subject to summary dismissal after appropriate review. *See Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, No. 2:24cv348-RAH, 2025 WL 1461271, at *1 (M.D. Ala. May 21, 2025); *Kelly v. Alabama State Port Auth.*, No. 2:25cv825-RAH, 2025 WL 3633214, at *2 (M.D. Ala. Dec. 15, 2025).

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed without prejudice because their complaint is a shotgun pleading and fails to meet federal pleading standards, and that they not be granted leave to amend. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted. The court further notes that plaintiffs'

2

pending motion to add documents to plaintiffs' exhibit list, if granted, would not change the outcome, and the court will deny it as moot.

An appropriate judgment will be entered.

DONE, this the 2nd day of July, 2026.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE

3