IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and ANNETTE     )
B. KELLY,                     )
                              )
     Plaintiffs,              )
                              )        CIVIL ACTION NO.
     v.                       )         2:25cv909-MHT
                              )            (WO)
THE WATER WORKS & SANITARY    )
SEWER BOARD OF THE CITY OF    )
MONTGOMERY d/b/a Water        )
Work Board (WWB), et al.,     )
                              )
     Defendants.              )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (Doc. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(3) This lawsuit is dismissed without prejudice because plaintiffs' complaint is a shotgun pleading that fails to meet federal pleading standards, and the dismissal is without leave to amend.

(4) The motion to add documents to plaintiffs' exhibit list (Doc. 4) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of July, 2026.

<u>   /s/ Myron H. Thompson   </u>
UNITED STATES DISTRICT JUDGE

2